```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                     CASE NO. 07 B 06420
      KEVIN C WILLIAMS SR
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA
           Debtor
      SSN XXX-XX-3455
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/10/07 and confirmed on 06/21/07.

2. The case was dismissed after confirmation, 05/08/2008.

3. The Debtor paid a total of $ 2849.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 173.63 | .00 | 173.63 |
| DYCK O NEAL INC | SECURED | .00 | .00 | .00 |
| DYCK O NEAL INC | MORTGAGE ARRE | 1861.16 | .00 | 1570.37 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1106.32 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2034.79 | 1106.32 | .00 | .00 | 3141.11 |
| PRINCIPAL PAID | 1744.00 | .00 | .00 | .00 | 1744.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1744.00 | .00 | .00 | .00 | 1744.00 |

The Debtor's attorney, JAY M REESE              , was allowed $   2000.00
and was paid $   1000.00   direct and $   1000.00   through the plan.

The Trustee received $     105.00 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
   Dated: 08/20/08                        /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
     CASE NO. 07 B 06420 KEVIN C WILLIAMS SR
```